## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Ink & Rags LLC

        Plaintiff,

v.

Partnerships and Unincorporated Associations Identified on Schedule A, The, et al.

        Defendant.

Case No.: 1:22−cv−07292

Honorable Mary M. Rowland

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 29, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: Hearing held on the pending motions to date in this case. Plaintiff's counsel and counsel for Defendants appeared. Mr. Hung Vu from DreBest was also present. For the reasons stated on the record, the Court rules as follows on the following motions: Defendants coolerprint.com, cozysign.com's motion to show cause [47] is denied without prejudice; Plaintiff's motion for entry of default [37] is denied without prejudice; and Defendants' motions to dismiss and dissolve preliminary injunction [31, 35, 42] are denied without prejudice. The Court grants as unopposed Plaintiff's motion to amend/correct complaint [44]. Plaintiff shall file the amended complaint as a separate docket entry by 4/3/23. Defendants shall answer or otherwise plead by 5/1/23. DreBest's motion for declaratory judgment [74] is granted in part and denied in part. The Court will release the funds in the Large Account above $400,000. Counsel for DreBest shall submit an agreed proposed order for the Court's review to the Court's proposed order box (Proposed_Order_Rowland@ilnd.uscourts.gov) to that effect on or before 4/5/23. As DreBest remains a non−party in this action, if DreBest intends to file a motion to intervene, it should do so by 5/1/23. In the meantime, counsel for DreBest has agreed to accept discovery requests and subpoenas directed toward DreBest. Finally, on or before 4/14/23, parties shall file a joint proposed schedule for narrow discovery. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.